No. 98–477. GODINEZ v. WHITE. C. A. 7th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Sullivan* v. *Boerckel*, 526 U. S. 838 (1999).

No. 98–1356. UNITED STATES v. LEVI STRAUSS & CO. C. A. Fed. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Haggar Apparel Co.*, 526 U. S. 380 (1999).

No. 98–7353. SWOOPES v. SUBLETT, WARDEN, ET AL. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *O'Sullivan* v. *Boerckel*, 526 U. S. 838 (1999).

No. 98–8988. HALLUM v. IOWA. Sup. Ct. Iowa. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Lilly* v. *Virginia, ante,* p. 116.

No. A–979. WEINSTEIN v. ARNOLD ET AL. Super. Ct. N. J., Law Div. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. D–2081. IN RE DISBARMENT OF BERFIELD. James Lee Berfield, of St. Petersburg, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.